UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAFFIC TECH, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>VELOX GROUP, INC.,<br><br>   Defendant. | No. 2:19-cv-1793-KJM-JDP<br><br><br>ORDER |

   Plaintiff's motion for entry of default judgment was heard before the assigned Magistrate Judge on October 15, 2020. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

   On October 22, 2020, the magistrate judge filed findings and recommendation, which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. No objections have been filed.

   The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed October 22, 2020, are adopted in full;

2. Plaintiff's motion for default judgment (ECF No. 15) is granted;

3. Judgment is entered in plaintiff's favor and against defendant in the amount of $36,706.85; and

4. The clerk is directed to close this case.

DATED:  March 23, 2021.

CHIEF UNITED STATES DISTRICT JUDGE